# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES ) | |
| Applicant ) | |
| ) | |
| v. ) | |
| REAL PROPERTY LOCATED AT ) | |
| 2814 GALLAGHER ROAD, ) | 1:17-mc-01347 |
| DOVER, FLORIDA, 33527 ) | Judge Christopher R. Cooper |

_____

# ORDER

UPON consideration of the United States' Motion to unseal this case, and to release this Court's restraining order under section 6 of this Court's restraining Order, this Court hereby unseals this case, and dismisses the restraining order against the real property located at 2814 Gallagher Road, Dover, Florida, 33527.

**SO ORDERED.**

Dated: Setpember 15, 2017

_____
UNITED STATES DISTRICT JUDGE