# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Applicant ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 2814 GALLAGHER ROAD, ) | |
| DOVER, FL 33527 ) | Case: 1:17-mc-01347 |
| Defendant ) | |
| ) | Judge Christopher R. Cooper |
| ) | |

## GOVERNMENT'S NOTICE OF RELEASE OF LIS PENDENS

The United States of America hereby releases and withdraws the Notice of Lis Pendens recorded on June 8, 2017, Instrument Number 2017226196, in Official Records Book 25005, page 248-250, in Hillsborough County, Florida for the real property including all improvements thereon and appurtenances thereto located at

2814 Gallagher Road, Dover, Florida 33527

Lot 19, MCINTOSH LAKES according to the map or plat thereof, recorded in Plat Book 91, Page 16, of the Public Records of Hillsborough County, Florida.
Assessor's Parcel ID: U-06-29-21-5UX-000000-00019.0

The property is no longer subject to forfeiture in this case.

Respectfully submitted,

DEBORAH L. CONNOR, ACTING CHIEF
MONEY LAUNDERING AND ASSET
RECOVERY SECTION

By: _____s/Allison Ickovic_____
ALLISON ICKOVIC

1

Trial Attorney
U.S. Department of Justice
Criminal Division
Money Laundering and Asset Recovery Section
1400 New York Avenue NW, 10100
Washington, DC  20530
Telephone:     (202) 514-1263
Email:              Allison.ickovic@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA